FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2016

JAMES W McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

Kimberly Kenney          Case No. 4:16cv688-sww          PLAINTIFF

UAMS, Family Medical Center
521 Jack Stephens Drive           This case assigned to District Judge Wright
Little Rock, Arkansas 72205       and to Magistrate Judge Volpe          DEFENDANT
Dr. Nudrat R. Khatri, M.D.
501-686-6560

## COMPLAINT

**COMES NOW** the Plaintiff, Kimberly Kenney and for her Complaint against Defendant, Dr. Nudrat R. Khatri, MD she is a Physician at the UAMS, Family Medical Center, Plaintiff alleges and states:

1. This is an action on a Medical Malpractice; Dr. Nudrat Rafiq Khatri, M.D. She is a doctor at the Family Center which is located at 521 Jack Stephens Drive, Little Rock, Arkansas 72205. The Court has jurisdiction of the parties and subject matter of this suit. Venue is proper.

2. The Plaintiff's resident 5801 W 57th St. Little Rock, Arkansas 72209 and she is a Patient at the University of Arkansas Medical Sciences, Family Medical Center which is located at 521 Jack Stephens Drive, Little Rock, Arkansas 72205.

3. Plaintiff went to the doctor for her regular visit and she seen a Obstetrics Gynecology for her regular pap Smear which was done by Dr. Nudrat R. Khatri at the UAMS, Family Medical Center. The Defendant, Dr. Nudrat R. Khatri implanted a Microchip Device in the Plaintiff Vagina Rectum area without Mrs. Kenney consent, this was done involuntarily

4. However, the Plaintiff *have been injured by the doctor's negligence and Microchipping Device. Mrs. Kenney is being track with the electrical currents in her body. Plaintiff is* injured by improper care of treatment by Dr. Nudrat R. Khatri, she failed to provide adequate treatment and caused serious personal injury and loss of income to patients under her care.

5. *However, this has been a painful Emotional experience mentally and physically. The Micro-chip Device that has been put inside of Mrs. Kenney's body it has caused her all types of problems; because of this Microchip Device it has causes injury to the muscles and the Ligaments of my Spine. it causes server pain to my Cervical Spine, Thoracic Spine and my Lumbar Spine. It also causes server pain to Sacrum and Coccyx area. And also there is painfulness and complication to my Pelvic. I am having chronic pain to my Buttocks which referred to hip and back. Stomach cramps, uncontrolled irregular blood pressure and Heart beat, Chest pains, Pressure on my bladder which causes frequency and weakness of urination, Constipation, Sleep deprivation, Lightheaded and dizziness, Fatigue Nervousness, Memory Lapse, Loss of Concentration, Severe chronic pain and Numbness and Tingling to my knees, legs and hands and swelling to my ankles. Plaintiff also have Headaches and neck pains, muscle cramps. The Device which has been placed inside of Mrs. Kenney, it is connected to my Pelvic and Groan area so when the Remote Neural Monitoring is being used by the user, the remote delivered body shocks to the Groan and elsewhere. Which causes excessive server pain to all parts of my body.*

7. *However, Mrs. Kenney would like to file a Law Suit against the company, the University of Arkansas Medical Sciences and Dr. Nudrat R. Khatri because my Civil Rights has been violated. This*

*is a violation of the Nuremberg Code, the US Constitution Federal Statutes and Case Law.*

*On September of 2010, there were a Law which was passed, that it is against the Law to have an individual implanted with a Microchip Involuntarily and also under the Federal Law this is illegal.*

WHEREFORE, *Plaintiff prays for an award which would compensate her for punitive damages and severe emotional distress inflicted by Defendants, and in addition thereto, Plaintiff prays judgment against each Defendants is in her favor. The Plaintiff also request the relief regarding all court costs, fees and other proper relief to which it may be entitled.* I also would like to be able to receive my Civil Rights as a U.S. Citizens. Petitioner requests that reconsideration be granted and that the decision be made to give petitioner all the benefits to which she is entitled.

*Kimberly Kenney*
*5801 W 57th St.*
*Little Rock, Arkansas 72209*

9-28-16



# ARKANSAS STATE MEDICAL BOARD

1401 West Capitol, Suite 340, Little Rock, Arkansas 72201 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Joseph M. Beck, II, M.D.
Chairman
Little Rock, AR

Steven L. Cathey, M.D.
Vice Chairman
North Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

William F. Dudding, M.D.
Treasurer
Fort Smith, AR

Omar T. Atiq, M.D.
Little Rock, AR

Robert E. Breving, Jr., M.D.
Hot Springs, AR

Rodney L. Griffin, M.D.
Magnolia, AR

Veryl D. Hodges, D.O.
Jonesboro, AR

Marie Holder
Little Rock, AR

Larry D. "Buddy" Lovell
Marked Tree, AR

William L. Rutledge, M.D.
Little Rock, AR

John H. Scribner, M.D.
Salem, AR

David L. Staggs, M.D.
Searcy, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

Kevin O'Dwyer
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

September 13, 2016

Kimberly Kenney
5801 W. 57th Street
Little Rock, AR 72209

Re: Nudrat Rafiq Khatri, M.D.

Dear Ms. Kenney:

The Arkansas State Medical Board is in receipt of your letter of complaint concerning the above-mentioned physician. A copy of your letter has been forwarded to this physician for her written response. When it is received, both your complaint and the physician's response will be presented to the Board at its next regularly scheduled meeting.

The fact that you have registered a complaint indicates you wish for action to be taken against the physician, however it is important that you know that although you may have a valid complaint, it must fall within the guidelines set out by state law for the Board to take action. A portion of the law, Arkansas Statute 17-95-409 outlining the reasons action can be taken is enclosed for your convenience.

Further, the Board is not a court of law and cannot order monetary compensation to complainants.

Regardless of the ultimate conclusion, your complaint and any rebuttal you might want to submit will be maintained in the physician's licensure file and referenced should further complaints against the physician arise in the future.

Just as you received this letter, you will be notified when we receive the physician's response to your complaint and again when the Board has rendered a decision.

We are hopeful that this letter will provide you with information on how the process works and the guidelines the Board must follow in order to take action.

Sincerely,

*Karen D. Whatley*
Karen D. Whatley
Executive Secretary

KDW/ble

*This agency does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service.*