# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KIMBERLY KENNEY**                                                      **PLAINTIFF**

**VS.**                                    **4:16CV00688 JM**

**NUDRAT RAFIQ KHATRI and**
**UAMS MEDICAL CENTER**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 6th day of October, 2016.

_____
James M. Moody Jr.
United States District Court