IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 17 2016

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　DEP CLERK

Kimberly Kenney　　Case No. 4:16-cv-00688　　　　　　　　PLAINTIFF

UAMS, Family Medical Center
521 Jack Stephens Drive
Little Rock, Arkansas 72205　　　　　　　　　　　　　　　　DEFENDANT
Dr. Nudrat R. Khatri, M.D.
501-686-6560

## Motion to Stay

COMES NOW the Plaintiff, Kimberly Kenney and for her Complaint against Defendants; the University of Arkansas Medical Sciences and Dr. Nudrat R. Khatri,MD she is a Physician at the University of Arkansas Medical Sciences, Family Medical Center. Plaintiff alleges and states:

1. This is an action on a Medical Malpractice, because of a Hospital errors when resulted by Dr. Nudrat Rafiq Khatri,M.D. She is a doctor at the UAMS, Family Medical Center which is located at 521 Jack Stephens Drive, Little Rock, Arkansas 72205. The Court has jurisdiction of the parties and subject matter of this suit. Venue is proper.

2. Plaintiff's resident 5801 W 57th St. Little Rock, Arkansas 72209 and she is a Patient at the University of Arkansas Medical Sciences ,Family Medical Center which is located at 521 Jack Stephens Drive, Little Rock, Arkansas 72205. Plaintiff went to the doctor for her regular visit and she seen a Obstetrics Gynecology for her regular Pap Smear which was done by Dr. Nudrat R. Khatri at the UAMS, Family Medical Center. The Plaintiff was told by Dr. Nudrat to return in three years for her next examination for her follow up appointment.

3. However, Dr. Nudrat, implanted a Microchip Device in the Plaintiff's Vagina Rectum area which caused harm to the Plaintiff, which is also a violation of the federal Law. Mrs. Kenney *have been injured by the doctor's negligence and Microchipping Device, this was done involuntarily. Dr. Nudrat fails to perform her medical duties as a medical professional doctor and the Plaintiff is* injured by improper care of treatment by Dr. Nudrat R. Khatri, she failed to provide adequate treatment and caused serious personal injuries to the Plaintiff under her care.

4. *However, this has been a painful Emotional experience mentally, physically. Psychologically. The Micro-chip Device that has been put inside of Mrs. Kenney's body it has caused her all type of Health problems. The Microchip Device it has caused injuries to the Plaintiff's muscles and the Ligaments of her Spine. It also caused the Plaintiff severe Chronic pain to her Cervical Spine, Thoracic Spine and her Lumbar Spine and it also caused server pain to her Sacrum and Coccyx area. And there is painfulness and complication to her Pelvic. The Plaintiff is also having chronic pain to her Buttocks which referred to hip and back. Mrs. Kenney has Stomach cramps, uncontrolled irregular blood pressure and Heart beat, Chest pains, Pressure on her bladder which causes frequency and weakness of urination, Constipation, Sleep deprivation, Lightheaded and dizziness, Fatigue Nervousness, Memory Lapse, Loss of Concentration, Severe chronic pain and Numbness and Tingling to her knees, legs and hands and swelling to ankles. Plaintiff also have Headaches and neck pains, muscle cramps. However, the Device that Dr. Nudrat placed inside of Mrs. Kenney, it is connected to her Pelvic and Groan area and it is being used as a device to connect to the (RNM) which is a Remote Neural Monitoring this object is being used remotely to connect to the device which is inside of the Plaintiff. The Device which is placed inside Mrs. Kenney, when the object is being used it delivered body shocks to the Groan and elsewhere in the Plaintiff body which causes excessive server pain to all parts of her body.*

5. *However, Mrs. Kenney would like to file a Law Suit against the company, the University of*

*Arkansas Medical Sciences and Dr. Nudrat R. Khatri because her Civil Rights has been violated. This is a violation of the Nuremberg Code, the US Constitution Federal Statutes and Case Law.*

*On September of 2010, there were a Law which was passed, that it is against the Law to have an individual implanted with a Microchip Involuntarily and also under the Federal Law this is illegal.*

*6. However, Plaintiff is suffering behind Dr. Nudrat negligence of improper treatment and she failure to exercise reasonable medical care, it was reckless and grossly negligent which is a result of her actions and omissions. Dr. Nudrat failure to provide important information to the Plaintiff to get appropriate consent for a procedure. The defendant left the Foreign object in the body when she knows it can affect the Plaintiff's health. Dr. Nudrat failure to warn the Plaintiff of the duty of informed consent and any known risks. However, Plaintiff endured through her entire treatment severe Chronic pain to her Cervical Spine, Thoracic Spine, Lumbar Spine and physical pain through out her body and psychological symptoms, Insomnia, and server headaches which also caused the Plaintiff to have memory lapses.*

WHEREFORE, *Plaintiff prays for an award which would compensate her for punitive damages and severe emotional distress inflicted by Defendants, and in addition thereto, Plaintiff prays judgment against the Defendants, the University of Arkansas Medical Sciences and Dr. Nudrat R. Khatri, MD. Plaintiff prays that she is awarded monetary damages in the amount of $200,000.00 dollars. Plaintiff also, prays that she is compensated for all the wages that she lost as a result of not being able to work. The plaintiff also wants to be compensated for past and future Medical bills. And the current Medical bills which total in the amount of $15,056.81. Plaintiff prays that the Microchip Device be remove as soon as possible and all her treatments and surgery, can be done within the facility of the Baptist Hospital. Plaintiff prays that all her Medical expenses due to these injuries be funded and paid for by UAMS and Dr. Nudrat R. Khatri, MD. The Plaintiff also request the relief regarding all court costs, fees and other proper relief to which it may be entitled.* Plaintiff also would like to be able to receive her Civil Rights as a U.S. Citizens. Petitioner requests that reconsideration be granted and that the decision be made to give petitioner all the benefits to which she is entitled

*Kimberly Kenney*
*5801 W 57th St.*
*Little Rock, Arkansas 72209*

*10-17-16*



# ARKANSAS STATE MEDICAL BOARD

1401 West Capitol, Suite 340, Little Rock, Arkansas 72201 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Joseph M. Beck, II, M.D.
Chairman
Little Rock, AR

Steven L. Cathey, M.D.
Vice Chairman
North Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

William F. Dudding, M.D.
Treasurer
Fort Smith, AR

Omar T. Atiq, M.D.
Little Rock, AR

Robert E. Breving, Jr., M.D.
Hot Springs, AR

Rodney L. Griffin, M.D.
Magnolia, AR

Veryl D. Hodges, D.O.
Jonesboro, AR

Marie Holder
Little Rock, AR

Larry D. "Buddy" Lovell
Marked Tree, AR

William L. Rutledge, M.D.
Little Rock, AR

John H. Scribner, M.D.
Salem, AR

David L. Staggs, M.D.
Searcy, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

Kevin O'Dwyer
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

September 13, 2016

Kimberly Kenney
5801 W. 57th Street
Little Rock, AR 72209

Re: Nudrat Rafiq Khatri, M.D.

Dear Ms. Kenney:

The Arkansas State Medical Board is in receipt of your letter of complaint concerning the above-mentioned physician. A copy of your letter has been forwarded to this physician for her written response. When it is received, both your complaint and the physician's response will be presented to the Board at its next regularly scheduled meeting.

The fact that you have registered a complaint indicates you wish for action to be taken against the physician, however it is important that you know that although you may have a valid complaint, it must fall within the guidelines set out by state law for the Board to take action. A portion of the law, Arkansas Statute 17-95-409 outlining the reasons action can be taken is enclosed for your convenience.

Further, the Board is not a court of law and cannot order monetary compensation to complainants.

Regardless of the ultimate conclusion, your complaint and any rebuttal you might want to submit will be maintained in the physician's licensure file and referenced should further complaints against the physician arise in the future.

Just as you received this letter, you will be notified when we receive the physician's response to your complaint and again when the Board has rendered a decision.

We are hopeful that this letter will provide you with information on how the process works and the guidelines the Board must follow in order to take action.

Sincerely,

Karen D. Whatley
Executive Secretary

KDW/ble

*This agency does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of service.*



# Arkansas Department of Health

5800 West Tenth Street, Suite 400 • Little Rock, Arkansas 72204 • Telephone (501) 661-2201
**Governor Asa Hutchinson**
**Nathaniel Smith, MD, MPH, Director and State Health Officer**

June 7, 2016

Kimberly Kenney
5801 West 57th Street
Little Rock, AR 72209

Dear Ms. Kenney:

We received your complaint regarding UAMS in Little Rock, Arkansas. Your complaint has been carefully reviewed. However we feel that your complaint requires the resources of the Accreditation Agency for investigation. The Accreditation Agency for UAMS is The Joint Commission and can be reached at One Renaissance Blvd., Oakbrook Terrace, IL 60181. Telephone 630-792-5800 www.jointcommission.org .

The Arkansas State Medical Board is the authority over physicians, and concerns regarding physicians may be directed to their attention. Arkansas State Medical Board  1401 West Capitol Avenue, Suite 340, Little Rock, AR 72201 Phone: (501) 296-1802 FAX (501) 296-1805 Web URL: http://www.armedicalboard.org/support/contact.aspx.

If we can be of any further assistance please call (501) 6612201.

Sincerely;

*Becky Bennett*
Becky Bennett, Section Chief
Health Facility Services
5800 West 10th Street, Suite 400
Little Rock, AR 72201