IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIMBERLY KENNEY**                                                                                          **PLAINTIFF**

**VS.**                                              **4:16CV00688 JM**

**NUDRAT RAFIQ KHATRI and**
**UAMS MEDICAL CENTER**                                                                       **DEFENDANTS**

## ORDER

On September 28, 2016, Plaintiff filed the following documents *pro se*: (1) Application to proceed *in forma pauperis*, (2) Complaint, and (3) Motion to appoint counsel. On October 3, 2016, the Court entered an order granting Plaintiff's motion to proceed *in forma pauperis* and dismissing Plaintiff's case finding that the Complaint failed to state a claim over which this Court has jurisdiction. Additionally, the Court found Plaintiff's complaint frivolous.

Plaintiff has since filed two additional complaints in this matter, docket entries 12 and 13. These complaints also complain of state law claims over which this Court has no jurisdiction and are frivolous and irrational. The complaints will not revive this previously dismissed action. If Plaintiff believes that her case was improperly dismissed, the appropriate recourse is an appeal to the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 5th day of December, 2016.

_____
James M. Moody Jr.
United States District Judge